HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
REED GRANTHAM, CA SBN 294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KAITE SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KAITE SILVA,<br><br>                    Defendant. | Case No. 1:23-cr-00055-JLT<br><br>**ORDER FOR RELEASE** |

　　　　IT IS HEREBY ORDERED that defendant Kaite Silva (Fresno County Sheriff's Office JID No. 7116774) shall be released immediately from the Fresno County Jail on Thursday, May 18, 2023, to be immediately and directly transported to the Our Father's House program, located at 3626 East Ventura Avenue in Fresno, to participate in the program. To ensure her transport to the Our Father's House program, the Fresno County Jail will release Ms. Silva to the custody of Pastor Isabel Vela. Ms. Vela agrees to transport Ms. Silva directly to the Our Father's House program upon Ms. Silva's release from the Fresno County Jail.

　　　　While enrolled in the program, Ms. Silva is ordered to remain at, participate in, and follow all of the rules of the program. During this time, Ms. Silva will remain subject to all terms and conditions of her supervised release previously ordered. In addition, Ms. Silva must comply with the following additional condition:

//

1. The defendant shall reside at and participate in the Our Father's House program located at 3626 East Ventura Avenue in Fresno, and comply with all the rules and regulations of the program. The defendant is to remain at the program and abide by all program rules until otherwise permitted by the probation officer or until further order of the Court.

If Ms. Silva voluntarily leaves the program at any time prior to being permitted to leave the program, or if she is terminated from the program for any reason, she is ordered to immediately inform her probation officer and follow all instructions.

IT IS SO ORDERED.

Dated: 5/18/2023

*Sheila K. Oberto*
SHEILA K. OBERTO
United States Magistrate Judge

Silva:  Order for Release