| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorneys for Defendant
KAITE SILVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-00055-JLT |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE PRELIMINARY HEARING; ORDER** |
| vs. | |
| KAITE SILVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Kaite Silva, that the preliminary hearing currently scheduled for June 1, 2023, at 2:00 p.m. be vacated.

Ms. Silva made her initial appearance in this matter on May 18, 2023. *See* Dkt. #7. At the hearing, Ms. Silva was ordered released on conditions. *See* Dkt. #7-8. In order to provide counsel additional time to discuss the issue of a preliminary hearing with Ms. Silva, the matter was set for a preliminary hearing on June 1, 2023, at 2:00pm. At this time, Ms. Silva waives her right to have a preliminary hearing in this matter. As a result, the parties are requesting that the preliminary hearing currently set for June 1, 2023, at 2:00pm be vacated. A further status conference has already been set in the case for August 29, 2023, at 2:00pm, so no further date

needs to be set at this time. *See* Dkt. #7.

                                                            Respectfully submitted,

                                                            PHILLIP A. TALBERT
United States Attorney

Date: May 30, 2023                          */s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

                                                    HEATHER E. WILLIAMS
Federal Defender

Date: May 30, 2023                          */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
KAITE SILVA

## **O R D E R**

Based upon counsels' representation that Defendant waives the right to preliminary hearing, IT IS HEREBY ORDERED that the preliminary hearing set for Thursday, June 1, 2023, at 2:00 p.m. be vacated. The status conference currently set for August 29, 2023, at 2:00 p.m. will remain on calendar.

IT IS SO ORDERED.

    Dated:   **May 30, 2023**                         /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE