1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   KAITE SILVA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00055-JLT

12 |             Plaintiff,     | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**

13 | vs.                        |
   |                            | Date:  July 27, 2023
14 | KAITE SILVA,               | Time:  2:00 p.m.
   |                            | Judge: Duty Magistrate Judge
15 |             Defendant.     |

16

17

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Kaite Silva, that the status conference

21 currently scheduled for July 21, 2023 at 2:00 p.m., be continued to July 27, 2023, at 2:00 p.m.

22     Ms. Silva made her initial appearance on the superseding violation petition in this case on

23 July 10, 2023 *See* Dkt. #18. At that time, the matter was continued to July 21, 2023, for a further

24 status conference. *See* Dkt. #18. Since then, the parties, including the assigned probation officer,

25 have had discussions regarding this matter. The parties wish to continue these discussions and

26 accordingly request that the matter be continued to July 27, 2023, at 2:00pm.

27     The requested continuance is made with the intention of conserving time and resources

28 for both the parties and the Court. The requested date is a mutually agreeable date for both

parties. As this is a supervised release violation matter, no exclusion of time is necessary.

                                      Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      United States Attorney

Date: July 19, 2023                */s/ Joseph Barton*
                                      JOSEPH BARTON
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Date: July 19, 2023                */s/ Reed Grantham*
                                      REED GRANTHAM
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KAITE SILVA

## **O R D E R**

**IT IS HEREBY ORDERED** that the status conference set for July 21, 2023, at 2:00 p.m. is continued to July 27, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **July 20, 2023**                   /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE