IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:23-CR-00055-001 JLT SKO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| KAITE GAYLE SILVA, | |
| Defendant. | |

The above-named defendant having been sentenced on August 28, 2023, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

UNITED STATES DISTRICT JUDGE